UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-21045-CIV-MORENO**

TIANDRE WILLIAMS, ANTOINE WILLIAMS,

    Plaintiffs,

vs.

MIAMI-DADE COUNTY, OFFICE JOSE DE LA PAZ, OFFICER ROLAND GARCIA,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND ORDER DENYING DEFENDANT MIAMI-DADE COUNTY'S MOTION TO DISMISS AS MOOT

THIS CAUSE came before the Court upon Plaintiffs' Motion for Leave to File an Amended Complaint **(D.E. No. 20)**, filed on **July 1, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Plaintiffs shall file their amended complaint as a separate docket entry by **July 9, 2010**. Further, it is also

**ADJUDGED** that in light of Plaintiffs filing an amended complaint Defendant Miami-Dade County's Motion to Dismiss **(D.E. No.13)**, filed **June 4, 2010** is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this __ day of July, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record